Charles A. Homer (ISB No. 1630)
chomer@holdenlegal.com
HOLDEN KIDWELL HAHN & CRAPO, P.L.L.C.
P.O. Box 50130
1000 Riverwalk Drive, Suite 200
Idaho Falls, ID 83405
Telephone: (208) 523-0620
Facsimile: (208) 523-9518

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID SHYMATTA DBA CELL JUNKIE,<br><br>                      Plaintiff,<br>v.<br><br>TELEFORCE U.S.A. INC.,<br><br>                      Defendant. | Case No. CV-10-335-E-CWD<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

COMES NOW Plaintiff David Shymatta DBA Cell Junkie, pro se, and Defendant Teleforce USA, by and through its undersigned counsel of record, and stipulate that the above entitled actions and claims, having been fully compromised and settled, shall be dismissed with prejudice, each party to bear their own costs and fees.

9-1-2010
Date

DAVID SHYMATTA, pro se

9-3-2010
Date

CHARLES A. HOMER, Attorney for Defendant

G:\WPDATA\PDC\15956 Teleforce\Stipulation to Dismiss v1.wpd:bcl